FILED
APR 13 2022
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:22cr95-WKW-SRW |
| | ) | [18 U.S.C. § 242 and, |
| LORENZO MILLS | ) | 18 U.S.C. § 1519] |
| | ) | INDICTMENT |

The Grand Jury charges:

INTRODUCTION

At all times relevant to this Indictment:

1. LORENZO MILLS was employed as a Correctional Sergeant with the Alabama Department of Corrections ("ALDOC") at ALDOC's Draper Correctional Facility.

2. J.M., S.T., and D.B. were inmates at ALDOC's Draper Correctional Facility.

COUNT 1
(Deprivation of Rights Under Color of Law)

3. Paragraphs 1-2 of the Introduction are hereby realleged and incorporated herein as though fully set forth herein.

4. On or about October 25, 2020, in Elmore County, within the Middle District of Alabama, the defendant,

LORENZO MILLS,

acting under color of law, did assault J.M. by striking him with a wooden baton, and did thereby willfully deprive J.M. of the right, secured and protected by the Constitution and the laws of the United States, to not be subjected to cruel and unusual punishment by one acting under color of law. This offense resulted in bodily injury to J.M. and involved the use of a dangerous weapon, namely a baton.

All in violation of Title 18, United States Code, Section 242.

COUNT 2
(Deprivation of Rights Under Color of Law)

5. Paragraphs 1-2 of the Introduction are hereby realleged and incorporated herein as though fully set forth herein.

6. On or about October 25, 2020, in Elmore County, within the Middle District of Alabama, the defendant,

LORENZO MILLS,

acting under color of law, did assault S.T. by striking S.T. by striking him with a wooden baton, and did thereby willfully deprive S.T. of the right, secured and protected by the Constitution and the laws of the United States, to not be subjected to cruel and unusual punishment by one acting under color of law. This offense resulted in bodily injury to J.M. and involved the use of a dangerous weapon, namely a baton.

All in violation of Title 18, United States Code, Section 242.

COUNT 3
(Deprivation of Rights Under Color of Law)

7. Paragraphs 1-2 of the Introduction are hereby realleged and incorporated herein as though fully set forth herein.

8. On or about October 25, 2020, in Elmore County, within the Middle District of Alabama, the defendant,

LORENZO MILLS,

acting under color of law, did assault D.B. by striking D.B. by striking him with a wooden baton, and did thereby willfully deprive D.B. of the right, secured and protected by the Constitution and the laws of the United States, to not be subjected to cruel and unusual punishment by one acting under color of law. This offense resulted in bodily injury to J.M. and involved the use of a

dangerous weapon, namely a baton.

All in violation of Title 18, United States Code, Section 242.

COUNT 4
(Falsification of Records)

9. Paragraphs 1-2 of the Introduction are hereby realleged and incorporated herein as though fully set forth herein.

10. On or about October 27, 2020, in Elmore County, within the Middle District of Alabama, the defendant,

LORENZO MILLS,

did knowingly falsify and make a false entry in a record or document with the intent to impede, obstruct, and influence the investigation and proper administration of, and in relation to and in contemplation of, a matter within the jurisdiction of an agency of the United States, that is, the Federal Bureau of Investigation and the U.S. Department of Justice. Specifically, LORENZO MILLS falsely wrote in a written statement that he "did not use any force or observe any Officer use force on Inmate [S.T.], [D.B.], or [J.M.] at any time on 10/25/20" in order to impede, obstruct, and influence an investigation of the events. In fact, as MILLS knew, MILLS struck inmates S.T., D.B., and J.M. with a wooden baton on October 25, 2020.

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL

FOREPERSON

SANDRA J. STEWART
UNITED STATES ATTORNEY

Eric M. Counts
Assistant United States Attorney