UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:22-cr-95-WKW-CWB |
| | ) | |
| LORENZO MILLS | ) | |

<u>GOVERNMENT'S MOTION TO WITHDRAW AS COUNSEL</u>

The United States of America, hereby moves this Court to withdraw Trial Attorney Nikhil Ramnaney as counsel of record in this case. Assistant United States Attorney (AUSA) Eric M. Counts and Trial Attorney David Reese will remain as counsel for the Government.

Respectfully submitted this the 4th day of April, 2023,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

<u>s/ Nikhil Ramnaney</u>
Nikhil Ramnaney
Trial Attorney
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 598-1018
FAX: (202) 514-8336
E-mail: nikhil.ramnaney@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 4, 2023, I electronically filed the foregoing document using the CM/ECF system, which will electronically serve notice on counsel for the defendant.

                                                                      s/ Nikhil Ramnaney
                                                                     NIKHIL RAMNANEY
                                                                     Trial Attorney