IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>LORENZO MILLS            ) | CASE NO. 2:22-CR-95-WKW<br>[WO] |

## **ORDER**

Before the court is the Government's Motion *in Limine*. (Doc. # 42.) In it, the Government seeks to exclude any reference to, or evidence of, the potential punishment Defendant could face if convicted. It is ORDERED that the Government's Motion (Doc. # 42) is GRANTED.

DONE this 14th day of April, 2023.

                                               /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE