IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>LORENZO MILLS         ) | CASE NO. 2:22-CR-95-WKW<br>[WO] |

## **ORDER**

Before the court is the Government's Motion *in Limine*. (Doc. # 44.) In it, the Government seeks to preclude Defendant from referencing the criminal convictions of J.M., S.T., and D.B. It is ORDERED that the Government's Motion (Doc. # 44) is GRANTED. However, if J.M., S.T., or D.B. testifies at trial, Defendant may address their prior convictions, where appropriate, for impeachment purposes. Fed. R. Evid. 608(b) and 609(a).

DONE this 14th day of April, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE